1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. DAUBERT, | ) 1:10cv1431 OWW DLB |
| | ) |
| | ) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S |
| | ) APPLICATION TO PROCEED IN |
| v. | ) FORMA PAUPERIS |
| | ) |
| CITY OF LINDSAY, | ) (Document 2) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff, appearing pro se, filed the instant complaint under the Americans with Disabilities Act on August 10, 2010. Also on August 10, 2010, Plaintiff submitted an application to proceed in forma pauperis. A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.

IT IS SO ORDERED.

**Dated:   September 3, 2010          /s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1